UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TI PAYMENTS LLC, | Case No. 2:20-CV-1405 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| BEYOND WEALTH PTE LLC, | |
| Defendant(s). | |

Presently before the court is plaintiff T1 Payments LLC's emergency application for an order to release funds or, in the alternative, to set an expedited hearing. (ECF No. 5).

The court finds that this motion entails an emergency but requires additional briefing. Local Rule 7-4(c). Plaintiff filed their complaint and served defendant on July 28, 2020. (ECF Nos. 1, 3).

An expedited briefing schedule shall proceed as follows: defendant shall respond within 7 days from the date of this order. Thereafter, plaintiff will have 4 days to file a reply.

Accordingly,

IT IS SO ORDERED.

DATED August 5, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**