# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TI PAYMENTS LLC, | Case No. 2:20-CV-1405 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| BEYOND WEALTH PTE LLC, | |
| Defendant(s). | |

Presently before the court is Jane Bronwyn Baber's ("petitioner") verified petition for permission to practice pro hac vice. (ECF No. 32).

On September 10, 2020, petitioner filed the instant petition. (*Id.*). This court denies the petition as defective. LR IA 11-2(h). Specifically, question four of the petition is unanswered. (ECF No. 9 at 2). The petition fails to designate the courts in which petitioner "was admitted to practice before . . . [and] is presently a member in good standing." LR IA 11-2(a).

Furthermore, this court noticed two discrepancies in the application, which counsel is ordered to clarify. First, the notary of the application—Jose Quijada—is in Nevada, although petitioner is in Washington D.C. (*Id.* at 4). This court is uncertain if the petition was signed by petitioner in the presence of Mr. Quijada. Second, Kory Logan Kaplan is designated as resident Nevada counsel for this application and Andrea Strachan signed for Mr. Kaplan. (*Id.* at 5). This court is unsure of Ms. Strachan's involvement in this matter.

Petitioner shall file, within ten (10) days of the entry of this order, an explanation that addresses this court's inquiries and a verified petition that fully complies with the applicable local rules. Failure to timely comply will result in "the striking of any and all documents previously filed by the attorney." LR IA 11-2(j).

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS SO ORDERED.

3  DATED September 11, 2020.

_____
UNITED STATES DISTRICT JUDGE