UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TI PAYMENTS LLC, | Case No. 2:20-CV-1405 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| BEYOND WEALTH PTE LLC, | |
| Defendant(s). | |

Presently before the court is Ari Nicholas Rothman's ("petitioner") verified petition for permission to practice pro hac vice. (ECF No. 30).

On September 9, 2020, petitioner filed the instant petition. (*Id.*). This court denies the petition due to a possible discrepancy, which counsel is ordered to clarify. LR IA 11-2(h). The notary of the application—Jose Quijada—is in Nevada, although petitioner is in Washington D.C. (*Id.* at 4). This court is uncertain if the petition was signed by petitioner in the presence of Mr. Quijada.

Petitioner shall file, within ten (10) days of the entry of this order, an explanation that addresses this court's inquiries and a verified petition that fully complies with the applicable local rules. Failure to timely comply will result in "the striking of any and all documents previously filed by the attorney." LR IA 11-2(j).

Accordingly,

IT IS SO ORDERED.

DATED September 14, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**