UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

T1 PAYMENTS LLC, a Nevada limited liability company,

    Plaintiff(s),

vs.

BEYOND WEALTH PTE LLC, a Utah limited liability company,

    Defendant(s).

Case #2:20-CV-01405-JCM-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Ari Nicholas Rothman, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Venable LLP
(firm name)

with offices at 600 Massachusetts Avenue,
(street address)

Washington, District of Columbia, 20001,
(city) (state) (zip code)

(202) 344-4220, anrothman@venable.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

T1 Payments LLC to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  4/7/2003 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of District of Columbia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC for the Central District of California | June 3, 2014 | 296568 |
| USDC for the Eastern District of California | March 8, 2017 | 296568 |
| USDC for the Northern District of California | June 5, 2014 | 296568 |
| USDC for the Southern District of California | June 18, 2014 | 296568 |
| USDC for the District of Colorado | August 28, 2018 | None |
| USDC for the District of Columbia | February 4, 2008 | 481334 |
| See Attached | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

California and District of Columbia (these are the states where Petitioner pays dues). I am applying to take the Nevada February 2021 bar exam. I paid the initial application fee and substantially completed all of the questions asked on the initial application which became available on August 15, 2020.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 4/30/2020 | 2:20-cv-00411-KJD-V( | District of Nevada | Granted |
| 9/8/2020 | 2:19-cv-01816-APG-D | District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

|  |  |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF    Virginia    )
                                            )
COUNTY OF    Alexandria (City)    )

       Ari Nicholas Rothman    , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

   14th    day of    September    ,    2020    .

_____
Notary Public or Clerk of Court

[Notary seal: AZIZ BEKISHOV, NOTARY PUBLIC, REG. NO. 7772249, COMMISSION EXPIRES MAR. 31, 2022, COMMONWEALTH OF VIRGINIA]

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate    Kory Logan Kaplan    ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

                           850 E. Bonneville Ave.
                               (street address)

   Las Vegas    ,    Nevada    ,    89101    ,
     (city)               (state)            (zip code)

   (702) 381-8888    ,    kory@kaplancottner.com    .
(area code + telephone number)       (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___Kory Logan Kaplan___ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Andrea Strachan   VP Finance TI Payments
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

13164                   kory@kaplancottner.com
Bar number              Email address

APPROVED:

Dated: September 21, 2020.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## ARI N. ROTHMAN

## LIST OF BAR MEMBERSHIPS, CONTINUED

| Name of State or Federal Bar or Court | Bar Number | Date Admitted | Status with Bar or Court (active, inactive, retired, etc.) |
|---|---|---|---|
| U.S. District Court for the Northern District of Illinois | 90785518 | 2/7/2003 | Active |
| U.S. District Court for the Southern District of Illinois | None | 9/2/2014 | Active |
| U.S. District Court for the District of Maryland | 17560 | 2/2/2009 | Active |
| US District Court for the Western District of Michigan | CA 296568 | 10/26/17 | Active |
| U.S. District Court for the Eastern District of Missouri | 481334DC | 1/31/2014 | Active |
| U.S. District Court for the District of Nebraska | 481334 | 6/12/2013 | Active |
| U.S. Supreme Court | 294502 | 4/20/2015 | Active |
| U.S. Court of Appeals for the Fourth Circuit | None | 10/4/2013 | Active |
| U.S. Court of Appeals for the Seventh Circuit | None | 10/10/2014 | Active |
| U.S. Court of Appeals for the Eighth Circuit | None | 6/25/2014 | Active |
| U.S. Court of Appeals for the Ninth Circuit | None | 7/20/2018 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | None | 4/16/2004 | Active |
| U.S. Tax Court | RA0405 | 7/20/2014 | Active |
| California | 296568 | 6/2/2014 | Active |
| Ohio | 0075187 | 11/18/2002 | Inactive by choice; I do not live in or practice law in Ohio. |



# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105    888-800-3400    AttorneyRegulation@calbar.ca.gov

August 19, 2020

Ari N. Rothman
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001

Re: State Bar Number 296568 – Ari N. Rothman
Certificate

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

Alex Calderon
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

1    Standard

Delivery Method: UPS Domestic
PH: 202-344-4994



The State Bar of California

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105   888-800-3400   AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

August 19, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ARI N. ROTHMAN, #296568 was admitted to the practice of law in this state by the Supreme Court of California on June 2, 2014 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Records



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Ari Nicholas Rothman

was duly qualified and admitted on April 7, 2003 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August
17, 2020.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# THE SUPREME COURT of OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Ari Nicholas Rothman
Attorney Registration No. 0075187

was admitted to the practice of law in Ohio on November 18, 2002; is in good standing with the Supreme Court of Ohio; but has registered as an inactive attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio and, therefore, is not currently entitled to practice law in this state. An attorney may request a change of status from inactive to active by filing a new certificate of registration and paying the registration fee.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 18th day of August, 2020.

GINA WHITE PALMER
*Director, Attorney Services Division*

Shannon B. Scheid
Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2020-08-18-1
Verify by email at GoodStandingRequests@sc.ohio.gov