UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TI PAYMENTS LLC, | Case No. 2:20-CV-1405 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| BEYOND WEALTH PTE LLC, | |
| Defendant(s). | |

Presently before the court is Eugene Rome's ("petitioner") verified petition for permission to practice pro hac vice. (ECF No. 45).

On September 10, 2020, petitioner filed the instant petition. (*Id.*). This court denies the petition as defective. LR IA 11-2(h). Specifically, Bradley Slighting is designated as resident Nevada counsel for this application, but Gregory C. Baum signed for Mr. Slighting. (*Id.* at 5). This court is uncertain of Mr. Baum's role or involvement in this litigation from the face of this pro hac vice application.

Petitioner shall file, within seven (7) days of the entry of this order, a verified petition that addresses this defect. Failure to timely comply will result in "the striking of any and all documents previously filed by the attorney." LR IA 11-2(j).

Accordingly,

IT IS SO ORDERED.

DATED September 25, 2020.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**