Scott Wellman (*Pro Hac Vice*)
WELLMAN & WARREN LLP
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
Tel: (949) 580-3737
swellman@w-wlaw.com

Eugene Rome, Esq. *(Pro Hac Vice)*
Bradley O. Cebeci, Esq. *(Pro Hac Vice)*
Brianna Dahlberg, Esq. *(Pro Hac Vice)*
ROME & ASSOCIATES, A.P.C.
2029 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 282-0690
Facsimile: (310) 282-0691
erome@romeandassociates.com
bcebeci@romeandassociates.com
bdahlberg@romeandassociates.com

Bradley S. Slighting (10225)
BOYACK LAW GROUP
1707 Village Center Circle, #100
Las Vegas, NV 89134
Tel: (702) 744-7474
brad@boyacklawgroup.com

Attorneys for Defendant/Counterclaimant,
BEYOND WEALTH PTE LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| T1 PAYMENTS LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BEYOND WEALTH PTE LLC, a Utah Limited liability company;<br><br>Defendants.<br><br>[And related Counterclaim] | Case No. 2:20-cv-01405-JCM-VCF<br><br>**STIPULATION REGARDING SERVICE OF COUNTER-DEFENDANTS, TIME TO RESPOND TO FIRST AMENDED COUNTERCLAIM, AND DISCOVERY DATES; [PROPOSED] ORDER** |

WHEREAS, T1 Payments Limited and TGlobal Services Limited moved to dismiss for insufficient service under Rule 12(b)(5) and the Parties wish to resolve this motion without additional filings.

WHEREAS, the Rule 26(f) Conference is to be completed by November 9, 2020. The Discovery Plan and Scheduling Order is to be filed by November 16, 2020. All initial disclosures shall be served by November 30, 2020. (Dkt. No. 97).

WHEREAS, counter-defendants T1 Payments Limited, TGlobal Services Limited, Amber Fairchild, Donald Kasdon, and Debra Karen King AKA Debra Karen Kasdon wish to refrain from engaging in discovery until after they respond to Beyond Wealth's First Amended Counterclaim ("FACC").

WHEREAS, the Parties agreed to enter into this stipulation in the interests of eliminating needless filings and resolving disputes over service, time to respond to Beyond Wealth's FACC, and discovery dates without prejudice to the motion to stay discovery filed by T1 Payments on November 2, 2020.

THEREFORE, the Parties hereby STIPULATE:

1. T1 Payments Limited, TGlobal Services Limited, Donald Kasdon, Amber Fairchild, and Debra Karen King AKA Debra Karen Kasdon shall be deemed summoned and served with Beyond Wealth's FACC (Dkt. No. 21). T1 Payments Limited, TGlobal Services Limited, Donald Kasdon, Amber Fairchild, and Debra Karen King AKA Debra Karen Kasdon hereby waive all arguments that service was improper.

2. T1 Payments Limited and TGlobal Services Limited withdraw their Rule 12(b)(5) Motion to Dismiss (Dkt. No. 72).

3. T1 Payments Limited and TGlobal Services Limited shall have until December 18, 2020, to respond to Beyond Wealth's FACC.

4. Amber Fairchild, Donald Kasdon and Debra Karen King AKA Debra King Kasdon shall have until January 8, 2021, to respond to Beyond Wealth's FACC.

5. Beyond Wealth shall not propound discovery on T1 Payments Limited or TGlobal Services Limited until on or after December 19, 2020.

6. Beyond Wealth shall not propound discovery on Amber Fairchild, Donald Kasdon and Debra Karen King AKA Debra King Kasdon until on or after January 8, 2021.

7. Nothing herein affects Beyond Wealth's rights to serve discovery with respect to any other party in accordance with the Federal Rules of Civil Procedure and the Court's local rules.

8. Nothing herein affects any right of T1 Payments Limited, TGlobal Services Limited, Amber Fairchild, Donald Kasdon, or Debra Karen King AKA Debra King Kasdon to seek dismissal of the complaint on the merits or to object to any discovery under applicable law.

9. By entering into this Stipulation,T1 Payments Limited, TGlobal Services Limited, Amber Fairchild, Donald Kasdon, or Debra Karen King AKA Debra King Kasdon: (a) do not waive any right or defense they have in the litigation except as to service of the FACC; and (b) do not waive any right any of them might have to object to any discovery or seek a stay of discovery pending resolution of the motion to disqualify counsel filed with the Court at ECF No. 90.

Respectfully submitted November 5, 2020,

**WELLMAN & WARREN**

By:       */s/ Scott Wellman*
SCOTT W. WELLMAN
Attorneys for Defendant/ Counterclaimant,
BEYOND WEALTH PTE LLC

-3-
**STIPULATION REGARDING SERVICE OF COUNTER-DEFENDANTS, TIME TO RESPOND, AND DISCOVERY DATES; [PROPOSED] ORDER**

**BOYACK LAW GROUP**

By:     /s/ Bradley S. Slighting
BRADLEY S. SLIGHTING
Attorneys for Defendant/Counterclaimant,
BEYOND WEALTH PTE LLC

**KAPLAN COTTNER**

By:

    /s/ Kory L. Kaplan
KORY L. KAPLAN
Attorneys for Counterclaim-Defendants
T1 PAYMENTS LIMITED, TGLOBAL SERVICES LIMITED, AMBER FAIRCHILD, and DEBRA KAREN KING aka DEBRA KAREN KASDON

# [PROPOSED] **ORDER**

Pursuant to the stipulation of the parties, the Court orders:

1. T1 Payments Limited, TGlobal Services Limited, Donald Kasdon, Amber Fairchild, and Debra Karen King AKA Debra Karen Kasdon are summoned and served with Beyond Wealth's First Amended Counterclaim ("FACC") (Dkt. No. 21).

2. T1 Payments Limited, TGlobal Services Limited, Donald Kasdon, Amber Fairchild, and Debra Karen King AKA Debra Karen Kasdon hereby waive all arguments that service was improper.

3. T1 Payments Limited and TGlobal Services Limited Rule 12(b)(5) Motion to Dismiss (Dkt. No. 72) is withdrawn with prejudice.

4. T1 Payments Limited and TGlobal Services Limited, shall have until December 18, 2020 to respond to Beyond Wealth's FACC.

5. Donald Kasdon, Amber Fairchild, and Debra Karen King AKA Debra Karen Kasdon shall have until January 8, 2021, to respond to Beyond Wealth's FACC.

6. Beyond Wealth shall not propound discovery on T1 Payments Limited or TGlobal Services Limited until on or after December 19, 2020.

7. Beyond Wealth shall not propound discovery on Amber Fairchild, Donald Kasdon or Debra Karen King AKA Debra King Kasdon until on or after January 8, 2021.

8. This Order does not affect Beyond Wealth's rights to serve discovery with respect to any other party in accordance with the Federal Rules of Civil Procedure and the Court's local rules.

9. This Order does not affect any right of T1 Payments Limited, TGlobal Services Limited, Amber Fairchild, Donald Kasdon, or Debra Karen King AKA Debra King

Kasdon to seek dismissal of the complaint on the merits or to object to any discovery under applicable law, or to seek a stay of discovery pending resolution of the motion to disqualify counsel filed with the Court at ECF No. 90.

IT IS SO ORDERED

Dated: 11-16-2020

_____
Cam Ferenbach
United States Magistrate Judge