**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| T1 PAYMENTS LLC, a Nevada limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BEYOND WEALTH PTE LLC, a Utah limited liability company,<br><br>　　　　　　　　Defendants. | 2:20-cv-01405-JCM-VCF<br>**<u>MINUTE ORDER</u>** |
| BEYOND WEALTH PTE LLC, a Utah limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br>T1 PAYMENTS LLC, *et al.*,<br><br>　　　　　　　　Defendants. | |

　　　Before the Court are the following motions:

　　　1. Motion to Disqualify Beyond Wealth PTE LLC's Counsel (ECF NO. 90),

　　　2. T1 Payments LLC's Motion to Stay Discovery (ECF NO. 101),

　　　3. T1 Payments LLC's Motion for Leave to File Oversized Brief (ECF NO. 117).

　　　Accordingly, IT IS HEREBY ORDERED that a video conference hearing on the above referenced motions is scheduled for 11:00 AM, December 14, 2020.

　　　IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, December 11, 2020.

　　　IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

Dated this 24th day of November, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE