Richard Edward Haskin (Nevada Bar No. 11592)
**GIBBS GIDEN LOCHER TURNER & SENET**
1140 N. Town Center Drive, Suite 300
Las Vegas, NV 89144
Telephone: (702) 836-9800

Nathan D. O'Malley (California Bar No. 212193 – *Pro Hac Vice Application Pending*)
Peter J. Diedrich (California Bar No. 101649 – *Pro Hac Vice Application Pending*)
Marcio Vasconcellos (California Bar No. 313849 – *Pro Hac Vice Application Pending*)
**MUSICK, PEELER & GARRETT LLP**
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone: (213) 629-7600
Facsimile: (213) 624-1376

Attorneys for PAYVISION B.V., a Netherlands limited liability company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| T1 PAYMENTS LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>BEYOND WEALTH PTE LLC, a Utah limited liability company,<br><br>    Defendant.<br><br>BEYOND WEALTH PTE LLC, a Utah limited liability company,<br><br>    Counterclaimant,<br><br>    vs.<br><br>T1 PAYMENTS LLC, a Nevada limited liability company, et al.,<br><br>    Counterclaim-Defendants. | CASE No. 2:20-CV-01405-JCM-VCF<br><br>**STIPULATION TO EXTEND TIME FOR BEYOND WEALTH PTE LLC TO RESPOND TO PAYVISION B.V.'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM** |

MUSICK, PEELER & GARRETT LLP

1258128.1

Case No. 2:20-CV-01405-JCM-VCF

STIPULATION TO EXTEND TIME FOR BEYOND WEALTH PTE LLC TO RESPOND TO PAYVISION B.V.'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM

Counterclaimant Beyond Wealth PTE LLC, a Utah limited liability company ("Beyond Wealth") and Counterclaim-Defendant Payvision B.V., a Dutch limited liability company ("Payvision"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on November 9, 2020, Payvision filed a motion to dismiss ("Motion") Beyond Wealth's First Amended Counterclaim ("FAC");

WHEREAS, pursuant to Local Rule LR 7-2, Beyond Wealth has fourteen days to file a response to the Motion, which would be Monday, November 23, 2020;

WHEREAS, on November 19, 2020, Beyond Wealth has presented Payvision with potential settlement options, which Payvision will require certain time to review;

WHEREAS, on November 20, 2020, counsel for Beyond Wealth and counsel for Payvision agreed to extend the time for Beyond Wealth to respond to the Motion for a period of two weeks, until December 7, 2020, and for Payvision to reply to Beyond Wealth's response until December 14, 2020;

NOW, THEREFORE, Beyond Wealth and Payvision hereby stipulate and agree as follows:

1. Beyond Wealth's response to the Motion shall be due December 7, 2020;
2. Payvision's reply to Beyond Wealth's response to the Motion shall be due December 14, 2020;
3. All discovery and Rule 26 disclosure deadlines between Beyond Wealth and Payvision are also continued for a period of two weeks.

DATED: November ___, 2020

GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP

By: _____
   Richard E. Haskin, Esq.
   Attorneys for PAYVISION B.V., a
   Netherlands limited liability company.

DATED: November 23, 2020

WELLMAN & WARREN LLP

                /s/
By: _____
   Scott Wellman
   Attorneys for Beyond Wealth PTE LLC, a
   Utah limited liability company.

MUSICK, PEELER & GARRETT LLP

1258128.1

2

Case No. 2:20-CV-01405-JCM-VCF

STIPULATION TO EXTEND TIME FOR BEYOND WEALTH PTE LLC TO RESPOND TO PAYVISION B.V.'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| T1 PAYMENTS LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>BEYOND WEALTH PTE LLC, a Utah limited liability company,<br><br>    Defendant.<br><hr>BEYOND WEALTH PTE LLC, a Utah limited liability company,<br><br>    Counterclaimant,<br><br>vs.<br><br>T1 PAYMENTS LLC, a Nevada limited liability company, et al.,<br><br>    Counterclaim-Defendants. | CASE No. 2:20-CV-01405-JCM-VCF<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR BEYOND WEALTH PTE LLC TO RESPOND TO PAYVISION B.V.'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM** |

MUSICK, PEELER & GARRETT LLP

1258130.1

Case No. 2:20-CV-01405-JCM-VCF

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR BEYOND WEALTH PTE LLC TO RESPOND TO PAYVISION B.V.'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM

1    This Court, having considered the foregoing stipulation of the parties and finding good
2 cause therefore, **IT IS ORDERED** that:
3    1.    Beyond Wealth's response to Payvision's pending Motion to Dismiss shall be due
4 December 7, 2020;
5    2.    Payvision's reply to Beyond Wealth's response to the Motion shall be due
6          December 14, 2020;
7    3.    All discovery and Rule 26 disclosure deadlines between Beyond Wealth and
8          Payvision are also continued for a period of two weeks.
9 DATED: December 2, 2020.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

MUSICK, PEELER & GARRETT LLP

1258130.1                              2                    Case No. 2:20-CV-01405-JCM-VCF
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR BEYOND WEALTH PTE LLC TO RESPOND TO PAYVISION B.V.'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM