Scott Wellman (*Pro Hac Vice*)
WELLMAN & WARREN LLP
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
Tel: (949) 580-3737
swellman@w-wlaw.com

Eugene Rome, Esq. *(Pro Hac Vice)*
Bradley O. Cebeci, Esq. *(Pro Hac Vice)*
Brianna Dahlberg, Esq. *(Pro Hac Vice)*
ROME & ASSOCIATES, A.P.C.
2029 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 282-0690
Facsimile: (310) 282-0691
erome@romeandassociates.com
bcebeci@romeandassociates.com
bdahlberg@romeandassociates.com

Bradley S. Slighting (10225)
BOYACK LAW GROUP
1707 Village Center Circle, #100
Las Vegas, NV 89134
Tel: (702) 744-7474
brad@boyacklawgroup.com

Attorneys for Defendant/Counterclaimant,
BEYOND WEALTH PTE LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| T1 PAYMENTS LLC, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BEYOND WEALTH PTE LLC, a Utah limited liability company,<br><br>　　　　　Defendant.<br><br>[And related Counterclaim] | CASE No. 2:20-CV-01405-JCM-VCF<br><br>**STIPULATION TO EXTEND TIME FOR BEYOND WEALTH PTE LLC TO RESPOND TO PAYVISION B.V.'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM** |

MUSICK, PEELER & GARRETT LLP

1258128.1　　　　　　　　　　　　　　　　　　　　　　　　Case No. 2:20-CV-01405-JCM-VCF
STIPULATION TO EXTEND TIME FOR BEYOND WEALTH PTE LLC TO RESPOND TO PAYVISION B.V.'S
MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM

1    Counterclaimant Beyond Wealth PTE LLC, a Utah limited liability company ("Beyond
2    Wealth") and Counterclaim-Defendant Payvision B.V., a Dutch limited liability company
3    ("Payvision"), through their respective counsel, hereby stipulate and agree as follows:
4    WHEREAS, on November 9, 2020, Payvision filed a motion to dismiss ("Motion")
5    Beyond Wealth's First Amended Counterclaim ("FAC");
6    WHEREAS, pursuant to Local Rule LR 7-2, Beyond Wealth originally had fourteen days
7    to file a response to the Motion, which would have been Monday, November 23, 2020;
8    WHEREAS, on December 2, 2020, the Court granted Payvision and Beyond Wealth's
9    previous stipulation extending the deadline for Beyond Wealth response to the Motion to
10   December 7, 2020 and extending the deadline for Payvision's reply to the Motion to December 14,
11   2020 (see ECF No. 135);
12   WHEREAS, on December 7, 2020, Payvision and Beyond Wealth discussed potential
13   settlement options, which both sides will require time to review;
14   WHEREAS, on December 7, 2020, counsel for Beyond Wealth and counsel for Payvision
15   agreed to extend the time for Beyond Wealth to respond to the Motion by one week until
16   December 14, 2020, and for Payvision to reply to Beyond Wealth's response by one week until
17   December 21, 2020;
18   NOW, THEREFORE, Beyond Wealth and Payvision hereby stipulate and agree as
19   follows:
20   1.  Beyond Wealth's response to the Motion shall be due December 14, 2020;
21   2.  Payvision's reply to Beyond Wealth's response to the Motion shall be due
22       December 21, 2020;
23   3.  All discovery and Rule 26 disclosure deadlines between Beyond Wealth and
24       Payvision are also continued for a period of one week.
25   ///
     ///
26   ///
     ///
27   ///
     ///
28   ///

| | | |
|---|---|---|
| 1 | DATED: December 7, 2020 | DATED: December 7, 2020 |
| 2 | GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP | WELLMAN & WARREN LLP |
| 3 | | |
| 4 | | |
| 5 | By: __/s/ Richard Haskin_____ | By: __/s/ Scott Wellman_____ |
|   | Richard E. Haskin, Esq. | Scott Wellman |
| 6 | Attorneys for PAYVISION B.V., a Netherlands limited liability company. | Attorneys for Beyond Wealth PTE LLC, a Utah limited liability company. |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| T1 PAYMENTS LLC, a Nevada limited liability company,<br><br>   Plaintiff,<br><br>  vs.<br><br>BEYOND WEALTH PTE LLC, a Utah limited liability company,<br><br>   Defendant.<br><br>BEYOND WEALTH PTE LLC, a Utah limited liability company,<br><br>   Counterclaimant,<br><br>  vs.<br><br>T1 PAYMENTS LLC, a Nevada limited liability company, et al.,<br><br>   Counterclaim-Defendants. | CASE No. 2:20-CV-01405-JCM-VCF<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR BEYOND WEALTH PTE LLC TO RESPOND TO PAYVISION B.V.'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM** |

1258130.1

Case No. 2:20-CV-01405-JCM-VCF

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR BEYOND WEALTH PTE LLC TO RESPOND TO PAYVISION B.V.'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM

1   This Court, having considered the foregoing stipulation of the parties and finding good
2   cause therefore, **IT IS ORDERED** that:
3       1.   Beyond Wealth's response to Payvision's pending Motion to Dismiss shall be due
4            December 14, 2020;
5       2.   Payvision's reply to Beyond Wealth's response to the Motion shall be due
6            December 21, 2020;
7       3.   All discovery and Rule 26 disclosure deadlines between Beyond Wealth and
8            Payvision are also continued for a period of one week.

DATED: December 9, 2020.

_____
UNITED STATES DISTRICT JUDGE