VENABLE LLP
ARI N. ROTHMAN (*pro hac vice*)
Email: anrothman@venable.com
P. RANDY SEYBOLD (*pro hac vice*)
Email: rseybold@venable.com
JANE B. BABER (*pro hac vice*)
Email: jbbaber@venable.com
600 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

KAPLAN COTTNER
KORY L. KAPLAN, ESQ.
Nevada Bar No. 13164
Email: kory@kaplancottner.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Telephone: (702) 381-8888
Facsimile: (702) 832-5559

*Attorneys for Plaintiff/Counterclaim-defendant*
*T1 Payments LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| T1 PAYMENTS LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BEYOND WEALTH PTE LLC, a Utah limited liability company; GREGORY CHARLES "TUFFY" BAUM, an individual; BLOCKOPS, LLC, a Utah limited liability company; and TRAVIS BOTT, an individual,<br><br>Defendants. | CASE NO. 2:20-CV-01405-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT (FIRST REQUEST)** |
| BEYOND WEALTH PTE LLC, a Utah limited liability company<br><br>Counterclaimant,<br><br>vs.<br><br>T1 PAYMENTS LLC *et al.*,<br><br>Counterclaim-Defendants. | |

Plaintiff/Counterclaim-defendant T1 Payments LLC ("T1 Payments"), by and through its counsel, Venable LLP and Kaplan Cottner, and Defendants Beyond Wealth PTE LLC, Gregory Charles "Tuffy" Baum, BlockOps, LLC, and Travis Bott ("Defendants"), by and through their counsel, Wellman & Warren LLP and Slighting Law, hereby stipulate, pursuant to LR IA 6-1 and 6-2, to extend the time for Defendants to respond to T1 Payments' first amended complaint [ECF No. 181], which response is currently due June 4, 2021, up to and including June 14, 2021.

This extension will allow counsel for Defendants to analyze the claims made, discuss this matter with their clients, and obtain and review any relevant documents as T1 Payments may seek leave to amend the first amended complaint again before June 14, 2021 based on additional new information. This stipulation is filed in good faith and not intended to cause delay.

Dated this 2nd day of June, 2021.

| KAPLAN COTTNER | WELLMAN & WARREN LLP |
|---|---|
| By: /s/ Kory L. Kaplan | By: /s/ Scott Wellman |
| KORY L. KAPLAN, ESQ. | SCOTT WELLMAN, ESQ. (*pro hac vice*) |
| Nevada Bar No. 13164 | MAXX SHARP, ESQ. (*pro hac vice*) |
| 850 E. Bonneville Ave. | 24411 Ridge Route, Suite 200 |
| Las Vegas, Nevada 89101 | Laguna Hills, CA 92653 |
| | |
| VENABLE LLP | SLIGHTING LAW |
| ARI N. ROTHMAN (*pro hac vice*) | BRADLEY S. SLIGHTING, ESQ. |
| P. RANDY SEYBOLD (*pro hac vice*) | Nevada Bar No. 10225 |
| JANE B. BABER (*pro hac vice*) | 1707 Village Center Circle, Suite 100 |
| 600 Massachusetts Avenue, N.W. | Las Vegas, NV 89134 |
| Washington, D.C. 20001 | |
| | |
| *Attorneys for Plaintiff/Counterclaim-Defendant T1 Payments LLC* | *Attorneys for Defendants* |

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-3-2021

1